UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES H. MAXWELL,<br><br>             Plaintiff,<br><br>       v.<br><br>REAL CHANGE,<br><br>             Defendant. | Case No. C14-126 JCC<br><br>**REPORT AND RECOMMENDATION** |

In 2004, after being granted leave to proceed *in forma paupers*,[1] James H. Maxwell filed a pro se complaint alleging the disciplinary actions his private employer took against him violated his rights under 28 U.S.C. § 1983. Dkt. 5. On January 6, 2015, the Court dismissed the action on the grounds that § 1983 claims are actionable only against a state actor, not a private party. Dkt. 9. On February 13, 2015, Mr. Maxwell filed a notice of appeal. Dkt. 14.

On March 2, 2015, the Court of Appeals for the Ninth Circuit requested this Court to determine whether Mr. Maxwell's *in forma pauperis* status should be revoked. Dkt. 16. The court recommends that Mr. Maxwell's *in forma pauperis* status be revoked because any appeal of this matter would be frivolous. *See* 28 U.S.C. § 1915(a)(3); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of *in forma pauperis* status is

---

[1] *See* Dkt. 4.

REPORT AND RECOMMENDATION - 1

appropriate where district court finds the appeal to be frivolous).  The defendant Real Change is a private party that publishes a newspaper.  Generally, a private party, such as Real Change, is not considered to be a state actor who can be held liable under § 1983.  *See Price v. Hawaii*, 939 F.2d 702, 707-08 (9th Cir. 1991).  Where a private party conspires with a state actor to deprive a individual of his or her constitutional rights, the private party may be sued under § 1983.  Here, however, Mr. Maxwell has presented nothing showing that Real Change conspired with a state actor to deprive him of his civil rights.  Accordingly, Mr. Maxwell's claim against his former private employer is not actionable under § 1983 and his *in forma pauperis* status should be revoked.

## OBJECTIONS AND APPEAL

This Report and Recommendation is not an appealable order.  Therefore a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge enters a final order regarding this matter.  Any objection to this Report and Recommendation must be filed by March 18, 2015.

The Clerk should note the matter for **March 20, 2015,** as ready for the District Judge's consideration. Objections shall not exceed five pages.  The clerk is directed to provide Mr. Maxwell with a copy of this Recommendation and the attached proposed order.

DATED this 4th day of May, 2015.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2